UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FenF, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Poly-Ject Inc., <br><br> Defendant. | 2:23-CV-12634 <br><br> **ORDER REGARDING CLERK'S ENTRY OF DEFAULT** <br><br><br> HONORABLE TERRENCE G. BERG |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before January 23, 2024.** At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: December 26, 2023